# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Christopher West <br> *Plaintiff* <br> v. <br> Commissioner of Social Security <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 3:18-CV-245 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Judgment in favor of Plaintiff and against Defendant; Remanding case under sentence four of 42 U.S.C. §405(g) for further consideration
.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Walter H. Rice  on a motion for Report and Recommendations

Date:  9/30/19

CLERK OF COURT

*(signature)* Kaylin Atkinson
Signature of Clerk or Deputy Clerk